IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-082 |
| Plaintiff, | |
| v. | Judge Susan J. Dlott |
| | **ORDER** |
| TERRANCE SMILEY, | |
| Defendant. | |

This matter is before the Court on Defendant Terrance Smiley's pro se request for reconsideration of the Court's Order denying him compassionate release. (Doc. 125.) On December 9, 2020, the Court denied Smiley's request for compassionate release. (Doc. 101.) On April 2, 2021, the Court also denied Smiley's two pro se requests for reconsideration of that decision. (Doc. 106.) Smiley appealed the Court's ruling, and on September 12, 2021, the Sixth Circuit affirmed the undersigned's Order denying compassionate release. (Doc. 120.) On January 28, 2022, Smiley filed his most recent request for reconsideration of that same Order. (Doc. 125.)

Smiley's untimely and procedurally improper motion amounts to his third request for reconsideration of the Court's compassionate release ruling. It was filed more than a year after the Court's Order was issued and almost five months after the Sixth Circuit affirmed its Order. Given the procedural posture, the Court has no authority to consider a motion to reconsider an affirmed decision. Smiley's third request for reconsideration (Doc. 125) must be **DENIED**.

**IT IS SO ORDERED.**

_____
Judge Susan J. Dlott
United States District Court